

FILED
2011 Jan-12 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNARDA URIOSTEGUI, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | )   2:10-CV-1265-LSC |
|  | ) |
| ALABAMA CRIME VICTIMS COMPENSATION COMMISSION, et al., | ) |
|  | ) |
| Defendants. | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 16, 2010, recommending that the defendants' motion to dismiss or, in the alternative, for entry of summary judgment (Doc. 9) be granted and this cause be dismissed in its entirety.  (Doc. 29.)  Plaintiff filed objections, after receiving an extension of time, on December 10, 2010.  (Doc. 32.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  Plaintiff's claims brought

"on behalf of the State of Alabama" are due to be DISMISSED, without prejudice, for lack of standing. All claims against the Alabama Crime Victims Compensation Commission and all state law claims against Barbara Brown, Jay Jones, Miriam Shehane, and Dr. Cassie T. Jones (collectively, "the individual defendants") are due to be DISMISSED, without prejudice, as barred by the Eleventh Amendment. With regard to the remaining federal law claims against the individual defendants, the Court EXPRESSLY FINDS that there are no genuine issues of material fact and the individual defendants are entitled to judgment as a matter of law. Accordingly, the plaintiffs' federal claims against the individual defendants are due to be DISMISSED with prejudice. A final judgment will be entered.

Done this <u>12th</u> day of <u>January 2011</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297