IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNARDA URIOSTEGUI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 2:10-CV-1265-LSC |
| ) | |
| ALABAMA CRIME VICTIMS ) | |
| COMPENSATION COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. 9) is GRANTED as follows:  Plaintiff's claims brought "on behalf of the State of Alabama" are DISMISSED, without prejudice, for lack of standing; all claims against the Alabama Crime Victims Compensation Commission and all state law claims against Barbara Brown, Jay Jones, Miriam Shehane, and Dr. Cassie T. Jones (collectively, "the individual defendants") are DISMISSED, without

prejudice, as barred by the Eleventh Amendment; and Plaintiff's federal claims against the individual defendants are DISMISSED with prejudice. With all claims resolved, this action is DISMISSED. Costs are taxed to the plaintiff.

Done this 12th day of January 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297